IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JACKIE NICHOLS,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF REHOBOTH BEACH,<br>SAM COOPER and SHARON LYNN,<br><br>  Defendants. | )<br>)<br>)<br>)   C.A. No. 1:15-cv-00602-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants The City of Rehoboth Beach, Sam Cooper and Sharon Lynn (collectively, the "Defendants") respectfully move to dismiss Plaintiff's Amended Complaint with prejudice, or in the alternative, stay the action under the *Pullman* doctrine. The grounds for this motion are fully set forth in Defendants' Opening Brief in Support of their Motion to Dismiss the Amended Complaint, submitted herewith.

| | |
|---|---|
| Of Counsel:<br><br>BAIRD MANDALAS BROCKSTEDT LLC<br>Glenn C. Mandalas (#4432)<br>Aaron C. Baker (#5588)<br>6 South State Street<br>Dover, DE 19901<br>Tel: 302-677-0061<br>glenn@bmbde.com<br>acb@bmde.com<br><br>*Solicitors for the City of The*<br>*City of Rehoboth Beach Delaware*<br><br>Dated: August 26, 2015 | CONNOLLY GALLAGHER LLP<br><br>/s/ *Max B. Walton*<br>Arthur G. Connolly, III (#2667)<br>Max B. Walton (#3876)<br>Ryan P. Newell (#4744)<br>N. Christopher Griffiths (#5180)<br>The Brandywine Building<br>1000 West Street, 14th Floor<br>Wilmington, DE 19801<br>Tel: 302-757-7300<br>aconnolly@connollygallagher.com<br>mwalton@connollygallagher.com<br>rnewell@connollygallagher.com<br>cgriffiths@connollygallagher.com<br><br>*Attorneys for Defendants* |