## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JACKIE NICHOLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:15-cv-00602-GMS ) ) |
| THE CITY OF REHOBOTH BEACH, SAM COOPER and SHARON LYNN, | ) ) ) |
| Defendants. | ) ) |

### [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Dismiss the Amended Complaint,

HEREBY ORDERS THAT THE MOTION TO DISMISS IS GRANTED WITH PREJUDICE.

IT IS SO ORDERED this ___ day of _____, 2015.

_____
Honorable Gregory M. Sleet
UNITED STATES DISTRICT COURT JUDGE