# EXHIBIT B

4599

BK: 3969    PG:   135

TAX NO.  3-34 14.13 287 #1
PREPARED BY AND RETURN TO:
HUDSON, JONES, JAYWORK,& FISHER
309 REHOBOTH AVENUE
REHOBOTH BEACH, DE 19971

## DEED

THIS DEED, Made this __15th__ day of __December__, in the year of our Lord two thousand eleven (2011)

BETWEEN: JACQUELINE NICHOLS of 51 Olive Avenue, Rehoboth Beach, Delaware 19971 and KEVIN MCDUFFIE and GIANNI BALLARIN of 49 Olive Avenue, Rehoboth Beach, Delaware 19971, parties of the first part,

-- AND -

JACQUELINE NICHOLS of 51 Olive Avenue, Rehoboth Beach, Delaware 19971, party of the second part;

WITNESSETH, that the said parties of the first part, for and in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable consideration, Current Lawful Money of the United States of America and other good and valuable consideration, the receipt whereof is hereby acknowledged, hereby grant and convey unto the said parties of the second part, their heirs and assigns, as Joint Tenants with Right of Survivorship and not as Tenants in Common,

ALL that certain unit known as UNIT #1 in the Condominium project known as OLIVE GARDEN CONDOMINIUM, situate, ling and being in the Town of Rehoboth Beach, Lewes and Rehoboth Hundred, Sussex County, Delaware on all those certain lots, pieces or parcels of land, situate lying and being in the City of Rehoboth Beach, Sussex County and State of Delaware, generally known as Lots Forty-Nine (49) and Fifty-One (51) Olive Avenue, and so designated on the plot of lots laid out by the Rehoboth Beach Camp Meeting Association of the Methodist Episcopal Church, which plot of lots is now of record in the Office of the Recorder of Deeds, in and for Sussex County at Georgetown, Delaware in Deed Book 84, Page 603, and being more particularly bounded and described in the Declaration of and for

BK: 3969  PG: 136

Olive Garden Condominium, dated January 14, 2000 and recorded in the Office of the Recorder of Deeds, in and for Sussex County, at Georgetown, Delaware in Deed Book 2455, Page 135 et seq.; and in the Declaration Plan of and for Olive Garden Condominium, dated August 12, 1999 and filed for record in the Office of the Recorder of Deeds, aforesaid, in Plot Book 66, Page 174,    et seq., all pursuant to the provisions of the "Unit Property Act" of The State of Delaware, 25 Del. C. Sec. 2201, et seq., said property being subject to a Code of Regulations of record in the Office, aforesaid in Deed Book 2455, Page 149, et seq.

TOGETHER with a proportionate undivided interest totaling fifty percent(50%) in all of the common elements of the said Olive Garden Condominium, as said common elements are more particularly bounded and described in the aforesaid Declaration and Declaration Plan.

AND TOGETHER with all other rights, title, interest and privileges provided for or created by the said Unit Property Act (25 Del. C. Section 2201, et seq. for or in the owners of the property made subject to the provisions of the said Act.

SUBJECT TO restrictions, covenants, conditions, agreements and easements of record.

SUBJECT, HOWEVER, to the following restrictions, covenants or conditions:

(1) The Grantee, for and on behalf of the Grantee and the Grantee's heirs, personal representatives, successors and assigns, by the acceptance of this deed, covenants and agrees to pay such charges for the maintenance of, repairs to, replacement of and expenses in connection with the common elements as may be assessed from time to time by the Council in accordance with the Unit Property Act of Delaware (Chapter 22 of Title 25) and further covenants and agrees that the unit conveyed by this deed shall be subject to a charge for all amounts so assessed and that, except in so far as Sections 2236 and 2237 of Title 25 may relieve a subsequent unit owner of liability for prior unpaid assessments; this covenant shall run with and bind the land or unit hereby conveyed and all subsequent owners thereof;

(2) All the rules, regulations, restrictions, covenants or conditions duly imposed upon the property by the Declaration and the Code of Regulations of Olive Garden Condominium, as the same

BK: 3969    PG: 137

may be from time to time amended.

BEING a part of the same lands conveyed to Jacqueline Nichols, Kevin McDuffie and Gianni Ballarin, by Deed of Patricia Campbell, Madeline Schuler and Mary S. Lynch individually and as Executor of the Estate of Douglas E. Lynch, dated September 18, 1998 and recorded in the Office of the Recorder of Deeds, in and for Sussex County, Georgetown, Delaware, in Deed Book 2329 Page 304.

SUBJECT, however, to the reservations, restrictions, conditions, and covenants of record and subject to such state of facts as an accurate survey and/or inspection of the lands and premises will disclose; the operation and effect of any zoning laws, and building restrictions imposed by public authority, and easements and public utility grants of record.

IN WITNESS WHEREOF, the said party of the first part have hereunto set her hand and seal the day and year aforesaid.

WITNESS:

_____    _Jacqueline Nichols_____ (SEAL)
                             Jacqueline Nichols

STATE OF Delaware        )
                         )  SS:
COUNTY OF Sussex         )

BE IT REMEMBERED, that on this _10_ day of _Novemb_, A.D. 2011, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Jacqueline Nichols, party to this Indenture, known to me personally to be such, and she acknowledged this Indenture to be her act and deed.

GIVEN under my Hand and Seal of Office, the day and year aforesaid.

DANIEL P. MYERS, II
NOTARIAL OFFICER PURSUANT TO
29 DEL. CODE SECT. 4323 (3)       _____
ATTORNEY AT LAW/DELAWARE          NOTARY PUBLIC
ID#2685

BK: 3969  PG:  138

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and seals the day and year aforesaid.

WITNESS:

_____        _____ (SEAL)
                                         Kevin McDuffie

_____        _____ (SEAL)
                                         Gianni Ballarin

Recorder of Deeds
Scott Dailey
Feb 08,2012 12:55P
Sussex County
Doc. Surcharge Paid

STATE OF Delaware        )
                         )  SS:
COUNTY OF Sussex         )

BE IT REMEMBERED, that on this 15th day of December, A.D. 2011, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Kevin McDuffie and Gianni Ballarin, parties to this Indenture, known to me personally to be such, and their acknowledged this Indenture to be their act and deed.

GIVEN under my Hand and Seal of Office, the day and year aforesaid.

_____, Washington DC
NOTARY PUBLIC

Maxine R Johnson
PRINT NAME

03/31/2016
COMMISSION EXPIRES

City of Rehoboth Beach
Realty Transfer Tax
Serial # 4953
Amount 187.13
Date 2-8-12
By_____

MAXINE R JOHNSON
NOTARY PUBLIC
MY
COMMISSION
EXPIRES
3/31/2016
DISTRICT OF COLUMBIA

**RECEIVED**

FEB 08 2012

**ASSESSMENT DIVISION OF SUSSEX COUNTY**

Consideration:                    .00
------------------------------------------------
County        .00
State         187.13
Town          187.13    Total    374.26
Received: Faith D Feb 08,2012