# Delaware: 2010

*Population and Housing Unit Counts*

## 2010 Census of Population and Housing

Issued June 2012

CPH-2-9



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
*census.gov*



# Delaware: 2010

Issued June 2012

*Population and Housing Unit Counts*

CPH-2-9





**U.S. Department of Commerce**
**Rebecca M. Blank**,
Acting Secretary

**Rebecca M. Blank**,
Deputy Secretary

**Economics and Statistics Administration**
**Vacant**,
Under Secretary
for Economic Affairs

**U.S. CENSUS BUREAU**
**Robert M. Groves**,
Director

Table 8.
# Population and Housing Units: 1990 to 2010; and Area Measurements and Density: 2010—Con.

[For information concerning historical counts and geographic change, see "User Notes." For information on confidentiality, nonsampling error, and definitions, see Appendixes]

| State County/County Equivalent County Subdivision Place | Population | | | Housing units | | | Area measurements in square miles | | Average per square mile of land | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2000 | 1990 | 2010 | 2000 | 1990 | Total area | Land area | Population density | Housing unit density |
| **Delaware**—Con. | | | | | | | | | | |
| New Castle County—Con. | | | | | | | | | | |
| New Castle CCD | 86,227 | 82,021 | 67,798 | 33,709 | 31,906 | 26,075 | 51.05 | 37.54 | 2,296.9 | 897.9 |
| Bear CDP (part) | 14,426 | 13,717 | (X) | 5,227 | 4,649 | (X) | 4.46 | 4.46 | 3,234.5 | 1,172.0 |
| New Castle city | 5,285 | 4,862 | 4,837 | 2,497 | 2,199 | 2,006 | 3.52 | 3.40 | 1,554.4 | 734.4 |
| Wilmington Manor CDP | 7,889 | 8,262 | 8,568 | 3,039 | 3,173 | 3,173 | 1.55 | 1.55 | 5,089.7 | 1,960.6 |
| Piedmont CCD | 29,569 | 29,388 | 24,402 | 11,687 | 11,044 | 8,794 | 39.89 | 39.53 | 748.0 | 295.6 |
| Greenville CDP | 2,326 | 2,332 | (X) | 1,395 | 1,329 | (X) | 2.77 | 2.74 | 848.9 | 509.1 |
| Hockessin CDP (part) | 11,685 | 11,610 | (X) | 4,422 | 4,202 | (X) | 9.33 | 9.32 | 1,253.8 | 474.5 |
| North Star CDP | 7,980 | 8,277 | (X) | 2,794 | 2,651 | (X) | 6.80 | 6.80 | 1,173.5 | 410.9 |
| Pike Creek-Central Kirkwood CCD | 42,016 | 42,312 | 38,733 | 17,994 | 17,645 | 15,777 | 14.53 | 14.52 | 2,893.7 | 1,239.3 |
| Hockessin CDP (part) | 1,842 | 1,292 | (X) | 528 | 373 | (X) | 0.72 | 0.72 | 2,558.3 | 733.3 |
| Pike Creek CDP (part) | 7,364 | 13,868 | 4,725 | 3,047 | 5,863 | 2,365 | 2.48 | 2.48 | 2,969.4 | 1,228.6 |
| Pike Creek Valley CDP (part) | 6,080 | (X) | (X) | 2,887 | (X) | (X) | 1.57 | 1.57 | 3,872.6 | 1,838.9 |
| Red Lion CCD | 8,816 | 5,589 | 4,033 | 3,100 | 2,014 | 1,396 | 31.16 | 20.27 | 434.9 | 152.9 |
| Delaware City city | 1,695 | 1,453 | 1,682 | 741 | 616 | 658 | 1.31 | 1.23 | 1,378.0 | 602.4 |
| Upper Christiana CCD | 26,336 | 24,529 | 21,177 | 10,626 | 9,898 | 8,278 | 11.97 | 11.95 | 2,203.8 | 889.2 |
| Wilmington CCD | 70,851 | 72,664 | 71,526 | 32,820 | 32,138 | 31,242 | 16.79 | 10.75 | 6,590.8 | 3,053.0 |
| Wilmington city (part) | 70,851 | 72,664 | 71,526 | 32,820 | 32,138 | 31,242 | 16.79 | 10.75 | 6,590.8 | 3,053.0 |
| Sussex County | 197,145 | 156,638 | 113,229 | 123,036 | 93,070 | 74,253 | 1,196.39 | 936.08 | 210.6 | 131.4 |
| Bridgeville-Greenwood CCD | 11,912 | 9,462 | 6,899 | 4,853 | 3,807 | 2,796 | 107.31 | 107.30 | 111.0 | 45.2 |
| Bridgeville town (part) | 2,048 | 1,436 | 1,210 | 980 | 636 | 508 | 4.44 | 4.44 | 461.3 | 220.7 |
| Greenwood town | 973 | 837 | 578 | 457 | 394 | 262 | 0.72 | 0.72 | 1,351.4 | 634.7 |
| Georgetown CCD | 14,967 | 11,811 | 7,776 | 4,770 | 3,793 | 2,996 | 71.18 | 70.83 | 211.3 | 67.3 |
| Georgetown town (part) | 6,422 | 4,643 | 3,732 | 2,030 | 1,591 | 1,376 | 5.01 | 5.01 | 1,281.8 | 405.2 |
| Laurel-Delmar CCD | 23,234 | 20,410 | 15,086 | 9,614 | 8,403 | 6,100 | 183.62 | 182.10 | 127.6 | 52.8 |
| Bethel town | 171 | 184 | 178 | 103 | 97 | 86 | 0.40 | 0.40 | 427.5 | 257.5 |
| Delmar town | 1,597 | 1,407 | 962 | 682 | 595 | 355 | 1.77 | 1.77 | 902.3 | 385.3 |
| Laurel town | 3,708 | 3,668 | 3,226 | 1,480 | 1,561 | 1,322 | 2.98 | 2.89 | 1,283.0 | 512.1 |
| Lewes CCD | 29,592 | 21,517 | 13,628 | 28,630 | 20,728 | 16,845 | 166.68 | 75.58 | 391.5 | 378.8 |
| Dewey Beach town | 341 | 301 | 204 | 1,490 | 1,369 | 1,299 | 0.33 | 0.33 | 1,033.3 | 4,515.2 |
| Henlopen Acres town | 122 | 139 | 107 | 195 | 198 | 181 | 0.26 | 0.26 | 469.2 | 750.0 |
| Lewes city | 2,747 | 2,932 | 2,295 | 2,638 | 2,368 | 1,953 | 4.73 | 3.80 | 722.9 | 694.2 |
| Rehoboth Beach city | 1,327 | 1,495 | 1,234 | 3,219 | 3,167 | 3,117 | 1.64 | 1.18 | 1,124.6 | 2,728.0 |
| Milford South CCD | 21,217 | 16,525 | 14,044 | 9,146 | 6,935 | 5,910 | 230.26 | 127.54 | 166.4 | 71.7 |
| Ellendale town | 381 | 327 | 313 | 147 | 128 | 123 | 0.44 | 0.44 | 865.9 | 334.1 |
| Milford city (part) | 5,779 | 3,797 | 3,564 | 2,501 | 1,556 | 1,483 | 5.62 | 5.56 | 1,039.4 | 449.8 |
| Slaughter Beach town | 207 | 198 | 114 | 246 | 253 | 168 | 1.38 | 1.36 | 152.2 | 180.9 |
| Millsboro CCD | 26,024 | 19,558 | 12,897 | 16,735 | 12,220 | 10,263 | 99.42 | 91.05 | 285.8 | 183.8 |
| Long Neck CDP | 1,980 | 1,629 | 886 | 2,313 | 1,807 | 1,649 | 2.60 | 2.58 | 767.4 | 896.5 |
| Millsboro town | 3,877 | 2,360 | 1,643 | 1,878 | 1,153 | 815 | 3.95 | 3.71 | 1,045.0 | 506.2 |
| Milton CCD | 14,573 | 10,611 | 7,671 | 8,038 | 5,641 | 3,847 | 63.69 | 63.15 | 230.8 | 127.3 |
| Georgetown town (part) | – | (X) | (X) | – | (X) | (X) | 0.04 | 0.04 | – | – |
| Milton town | 2,576 | 1,657 | 1,417 | 1,340 | 804 | 667 | 1.90 | 1.80 | 1,431.1 | 744.4 |
| Seaford CCD | 25,116 | 22,498 | 18,897 | 10,385 | 9,156 | 7,484 | 94.88 | 93.44 | 268.8 | 111.1 |
| Blades town | 1,241 | 956 | 834 | 487 | 393 | 334 | 0.56 | 0.56 | 2,216.1 | 869.6 |
| Bridgeville town (part) | – | (X) | (X) | – | (X) | (X) | 0.21 | 0.21 | – | – |
| Seaford city | 6,928 | 6,699 | 5,689 | 3,001 | 2,809 | 2,360 | 5.28 | 5.21 | 1,329.8 | 576.0 |
| Selbyville-Frankford CCD | 30,510 | 24,246 | 16,331 | 30,865 | 22,387 | 18,012 | 179.34 | 125.08 | 243.9 | 246.8 |
| Bethany Beach town | 1,060 | 903 | 326 | 2,653 | 2,376 | 2,066 | 1.17 | 1.15 | 921.7 | 2,307.0 |
| Dagsboro town | 805 | 519 | 398 | 364 | 248 | 186 | 1.36 | 1.36 | 591.9 | 267.6 |
| Fenwick Island town | 379 | 342 | 186 | 764 | 666 | 668 | 0.48 | 0.33 | 1,148.5 | 2,315.2 |
| Frankford town | 847 | 714 | 591 | 281 | 258 | 241 | 0.73 | 0.73 | 1,160.3 | 384.9 |
| Millville town | 544 | 259 | 206 | 433 | 141 | 119 | 2.50 | 2.50 | 217.6 | 173.2 |
| Ocean View town | 1,882 | 1,006 | 606 | 1,928 | 751 | 452 | 2.45 | 2.45 | 768.2 | 786.9 |
| Selbyville town | 2,167 | 1,645 | 1,335 | 913 | 664 | 590 | 3.39 | 3.39 | 639.2 | 269.3 |
| South Bethany town | 449 | 492 | 148 | 1,297 | 1,137 | 845 | 0.53 | 0.51 | 880.4 | 2,543.1 |