IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACKIE NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-602 GMS |
| | ) | |
| CITY OF REHOBOTH BEACH, | ) | |
| SAM COOPER and SHARON LYNN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY

ORDERED THAT:

1. The defendants' Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction, (D.I. 10), is GRANTED;

2. The Clerk of the Court is directed to close this case.


Dated: December 14, 2015

UNITED STATES DISTRICT JUDGE