UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3979
_____

JACKIE NICHOLS,
Appellant

v.

CITY OF REHOBOTH BEACH;
SAM COOPER, Mayor of Rehoboth;
SHARON LYNN, City Manager of Rehoboth
_____

On Appeal from the United States District Court
for the District of Delaware
(D. DE No. 1-15-cv-00602)
District Judge: Honorable Gregory M. Sleet
_____

Argued April 7, 2016
Before: FISHER, COWEN, and RENDELL, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on April 7, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered December 14, 2015, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against appellant.

Attest:

s/Marcia M. Waldron
Clerk

Dated: September 7, 2016

**Certified as a true copy and issued in lieu of a formal mandate on** September 29, 2016

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**